1  MICHAEL COSENTINO, SBN 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone:   (510) 523-4702
   Facsimile:   (510)747-1640
4
   Attorney for Plaintiff
5  United States of America

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

   UNITED STATES OF AMERICA              NO. **CV15-04535 SLM**
11
                  Plaintiff,
12                                        **JUDGMENT ON DEFAULT**
          v.
13
   KIMBERLY L. TILLMAN
14 aka KIMBERLY TILLMAN
   aka KIMBERLY LAVONNE TILLMAN
15 aka KIMBERLY MCTILLMAN
   aka KIMBERLY MCBRIDE,
16
                  Defendant.
17 _____/

18        In the above entitled action, the defendant KIMBERLY L. TILLMAN aka KIMBERLY

19 TILLMAN aka KIMBERLY LAVONNE TILLMAN aka KIMBERLY MCTILLMAN aka

20 KIMBERLY MCBRIDE having been duly served with the Summons and a copy of the

21 Complaint in the action, and the defendant having failed to appear, answer, plead, or

22 otherwise defend in the action within the time allowed by law, or at all, and default having

23 been duly entered; and it further appearing that plaintiff's claim against the defendant is for

24 a sum certain and for interest which can by computation be made certain and for costs; and

25 it further appearing that a declaration on behalf of the plaintiff required by Rule 55 has been

26 filed, setting forth the amounts due plaintiff from said defendant in accordance with the

27 prayer of the Complaint, and also setting forth that defendant is not an infant or

28 incompetent person or in the military service of the United States within the meaning of the

1  Service Members Civil Relief Act [50 U.S.C. Appx. §§ 501 *et. seq.*] (formerly the Soldiers'

2  and Sailor's Civil Relief Act of 1940), or otherwise entitled to the benefits of said Act, and

3  praying that Judgment  be entered herein.

4        NOW, THEREFORE, by virtue of the law and by reason of the premises aforesaid,

5        IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of

6  and from the defendant, KIMBERLY L. TILLMAN aka KIMBERLY TILLMAN aka

7  KIMBERLY LAVONNE TILLMAN aka KIMBERLY MCTILLMAN aka KIMBERLY MCBRIDE,

8  the sum of $20,080.37 as principal, interest, attorney fees, and costs, plus interest in the

9  amount of $1.00 per day from January 21, 2016, to the date of entry of the judgment, plus

10 post judgment interest thereafter at the current legal rate per annum, pursuant to the

11 provisions of 28 USC Sec. 1961(a) which will be compounded annually pursuant to the

12 provisions of 28 U.S.C. Sec 1961(b), and judgment is herewith entered accordingly.

13

14 JUDGMENT ENTERED:_____1/25/2016_____

15

16                                    SUSAN Y. SOONG, Clerk
                                      UNITED STATES DISTRICT COURT
17

18        _____
                              Deputy Clerk                    Mark Romyn
19

20

21

22

23

24

25

26

27

28